UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSE GALLEGOS,

          Plaintiff

v.

HAROLD WICKHAM, *et al*.,

          Defendants

Case No. 3:19-cv-00613-RCJ-CLB

**ORDER**

**I.     DISCUSSION**

On October 7, 2019, Plaintiff, who is an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1). Plaintiff neither paid the full filing fee for this matter nor filed an application to proceed *in forma pauperis*. On October 10, 2019, this Court advised Plaintiff that he must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate within thirty (30) days from the date of the order. (ECF No. 3). On November 14, 2019, Plaintiff submitted a properly executed financial certificate and an inmate account statement for the past six months, however, the filing did not include an application to proceed *in forma pauperis* on this Court's approved form. (ECF No. 4). Plaintiff's application to proceed *in forma pauperis* is incomplete. Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* on this Court's approved form and attach both an inmate account statement for the past six months and a properly executed financial certificate. <u>Plaintiff has not submitted an application to proceed *in forma pauperis* on this Court's approved form</u>. (*See* ECF No. 4). As such, the Plaintiff's application to proceed *in forma pauperis* is denied without prejudice. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted another opportunity to cure the deficiencies of his application to proceed

*in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file a new application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis* on this Court's approved form and include an inmate account statement for the past six months and a properly executed financial certificate. Plaintiff is advised that this case will not be placed in line for screening until he either pays the filing fee or files a complete application to proceed *in forma pauperis* on this Court's approved form and attaches both an inmate account statement for the past six months and a properly executed financial certificate.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 4) is DENIED without prejudice to file a new application.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No. 1-1) but will not file it at this time.

DATED: November 20, 2019.

_____
UNITED STATES MAGISTRATE JUDGE