UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE GALLEGOS, | Case No.: 3:19-CV-00613-RCJ-CLB |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL |
| HAROLD WICKHAM, *et al.*, | |
| Defendants. | |

On November 20, 2019, the Court entered Order (ECF No. 5) denying Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 4). The Court ordered Plaintiff to file a complete application to proceed *in forma pauperis,* on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or pay the full $400 fee for filing a civil action within thirty (30) days from November 20, 2019. The Court sent Plaintiff the approved form application to proceed *in forma pauperis*, as well as the information and instructions for filing an *in forma pauperis* application.

Plaintiff has failed to show good cause why this action should not be dismissed for failure to comply with Court Order (ECF No. 5). Accordingly,

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE for Plaintiffs failure to comply with the Court Order (ECF No. 5).

///

IT IS FURTHER ORDERED that the Clerk of the Court shall close the case.

IT IS SO ORDERED DATED this 27th day of December, 2019.

_____
ROBERT C. JONES